IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MATTHEW FOSTER,

Defendant.

4:21CR3095

INDICTMENT
21 U.S.C. § 841(b)(1)(C) & (b)(1)

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
AUG 19 2021
OFFICE OF THE CLERK

The Grand Jury Charges:

## COUNT I

On or about February 3, 2021, in the District of Nebraska, MATTHEW FOSTER, defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl analogue, a Schedule II controlled substance, that resulted in the serious bodily injury of an individual, J.V.

In violation of Title 21, United States Code, Section 841(b)(1)(C) and Title 21, United States Code, Section 841(b)(1).

## COUNT II

On or about February 10, 2021, in the District of Nebraska, MATTHEW FOSTER, defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of heroin and fentanyl analogue, Schedule I and II controlled substances.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

## COUNT III

On or about February 10, 2021, in the District of Nebraska, MATTHEW FOSTER, defendant herein, did knowingly and intentionally possess with intent to distribute a mixture or

substance containing a detectable amount of heroin, fentanyl analogue, and methamphetamine, its salts, isomers, or salts of its isomers, Schedule I and II controlled substances.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

A TRUE BILL:

FOREPERSON

The United States of America requests that trial of this case be held at Lincoln, Nebraska, pursuant to the rules of this Court.

KIMBERLY C. BUNJER
Assistant United States Attorney